Unsealed 06-28-10

~~SECRET~~

2010 JUN -2 PM 3:36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>CHRISTOPHER ESPINOZA (1),<br>JORGE SAMAME (2),<br><br>           Defendants. | Case No. 10 CR 2153 JAH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Sec. 1956(h) - Conspiracy to Launder Monetary Instruments |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including June 25, 2008, within the Southern District of California, and elsewhere, defendants CHRISTOPHER ESPINOZA and JORGE SAMAME did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute controlled substances, to wit: Oxycontin, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

//

OBG:nlv(1):San Diego
6/2/10

## Count 2

Beginning on a date unknown, and continuing up to and including June 25, 2008, within the Southern District of California and elsewhere defendants CHRISTOPHER ESPINOZA and JORGE SAMAME knowingly and intentionally conspired together and with other persons, known and unknown to:

1) conduct financial transactions, to wit: making cash deposits and withdrawals into various bank accounts of co-conspirators, which involved the proceeds of a specified unlawful activity, to wit, distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to promote the carrying on of the specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## Count 3

Beginning June 25, 2008 and continuing up to and including June 1, 2010, within the Southern District of California, and elsewhere, defendant CHRISTOPHER ESPINOZA did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute controlled substances, to wit: Oxycontin, a Schedule II Controlled Substances; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

Count 4

Beginning on June 25, 2008, and continuing up to and including June 2, 2010, within the Southern District of California and elsewhere defendant CHRISTOPHER ESPINOZA knowingly and intentionally conspired with other persons, known and unknown to:

1) conduct financial transactions, to wit: making cash deposits and withdrawals into bank accounts in financial institutions of co-conspirators, which transactions involved the proceeds of a specified unlawful activity, to wit, distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to conceal and disguise the nature, the source, the ownership and the control of the drug proceeds, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

DATED: June 2, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney

3